**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
HASAHN MURRAY,

                    Petitioner,

       -against-

UNITED STATES,

                    Respondent.
-----------------------------------------------------------------X

26 **CIVIL** 3911 (GHW)
19 **CR.** 702 (GHW)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 16, 2026, the Court considers Mr. Murray's Motion to be a petition under Section 2255. That petition is time-barred and must be denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). Mr. Murray has not made a substantial showing of the denial of a constitutional right, so the Court denies a certificate of appealability under 28 U.S.C. § 2253. Judgment is entered for the United States in 1:26-cv-3911; accordingly, the case 1:26-cv-3911 is closed.

**DATED:** New York, New York
         June 17, 2026

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

**BY:**         K. mango
_____
**Deputy Clerk**